**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name** — **Whitestone Uptown Tower, LLC**

**2. All other names debtor used in the last 8 years** — **aka Pillarstone Capital REIT Operating Partnership**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **46-3493616**

**4. Debtor's address**

**Principal place of business**

**19407 Park Row**
Number Street
**Suite 140**

**Houston** **TX** **77084**
City State ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

**4144 N. Central Expressway**
Number Street

**Dallas** **TX** **75204**
City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

Debtor **Whitestone Uptown Tower, LLC** Case number (if known) ____________

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**5 3 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Whitestone Uptown Tower, LLC** Case number (if known) ____________

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________

District ____________ When ____________ (MM / DD / YYYY) Case number ____________

District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor ____________ Relationship ____________

District ____________ When ____________ (MM / DD / YYYY)

Case number, if known ____________

Debtor ____________ Relationship ____________

District ____________ When ____________ (MM / DD / YYYY)

Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street

____________

____________ ____________ ____________
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

Debtor **Whitestone Uptown Tower, LLC** Case number (if known) ____________

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/01/2023**
MM / DD / YYYY

**X /s/ Bradford Johnson**
Signature of authorized representative of debtor

**Bradford Johnson**
Printed name

**Authorized Representative**
Title

Debtor **Whitestone Uptown Tower, LLC** Case number (if known) ____________

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer** Date **12/01/2023**
Signature of attorney for debtor MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number Street

**1412 Main Street, Suite 500**

**Dallas** **TX** **75202**
City State ZIP Code

**(972) 503-4033** **joyce@joycelindauer.com**
Contact phone Email address

**21555700** **TX**
Bar number State

**PILLARSTONE CAPITAL REIT**
**OFFICER'S CERTIFICATE**

The following representative of Pillarstone Capital REIT, a Maryland real estate investment trust (the "**Company**"), does hereby certify in his capacity as an officer of the Company that he is the duly elected, qualified, and acting officer of the Company designed below and that:

1. The Company is the General Partner of Pillarstone Capital REIT Operating Partnership LP, a Delaware limited partnership (the "**Partnership**").

2. The Partnership is the sole Member of Whitestone Uptown Tower, LLC, a Delaware limited liability company.

3. Attached hereto as Exhibit A are true, correct, and complete copies of resolutions duly adopted by the board of trustees of the Company on November 30, 2023. Such resolutions have not been amended, modified, rescinded, or revised and remain in full force and effect.

IN WITNESS WHEREOF, the undersigned has caused this Officer's Certificate to be executed as of this December 1, 2023.

Bradford D. Johnson
President and Chief Executive Officer

**EXHIBIT A**

**WHITESTONE UPTOWN TOWER, LLC**

**RESOLUTIONS OF THE SOLE MEMBER**

**WHEREAS**, Whitestone Uptown Tower, LLC (the "**Company**") is governed by that certain Limited Liability Company Agreement of Whitestone Uptown Tower, LLC, dated as of September 26, 2013 (as amended, the "**LLC Agreement**"). Capitalized terms used but not defined in these resolutions shall have the meanings set forth in the LLC Agreement.

**WHEREAS**, the LLC Agreement provides that the business and affairs of the Company shall be managed by or under the direction of the Member or a Manager, and if there is no Manager appointed by the Member, then the Member shall manage the business and affairs of the Company.

**WHEREAS**, as of the date of these resolutions, there is no Manager appointed by the Member.

**WHEREAS**, the Board of Trustees of Pillarstone Capital REIT, as the general partner of the sole Member (the "**General Partner**"), after consideration of the interests of applicable parties, including pursuant to Section 6.08 of the LLC Agreement, hereby determines that it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

**WHEREAS**, in connection with that certain Loan Agreement, dated as of September 26, 2013 between the Company and Morgan Stanley Mortgage Capital Holdings LLC (including its assigns and successors) and the other agreements contemplated thereby, Bank of America, N.A. (the "**Bank**") established and maintained one or more bank accounts, including but not limited to Account No. 488038438923 (the "**Accounts**").

**NOW, THEREFORE, BE IT RESOLVED**, that the Authorized Officers (as defined below) of the Company, be and hereby are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company.

**FURTHER RESOLVED**, that the Authorized Officers, be and hereby are authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with said bankruptcy proceeding.

**FURTHER RESOLVED**, that the engagement of Joyce W. Lindauer Attorney, PLLC as general bankruptcy counsel to the Company to represent and assist the Company in considering restructuring alternatives and in filing under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights and in connection therewith is hereby approved, authorized, consented to, and ratified, and the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Joyce W. Lindauer Attorney, PLLC.

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors, or consultants to the Company as the Authorized Officers deem necessary to represent and assist the Company in considering restructuring alternatives and carrying out its duties under Title 11 of the United States Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 voluntary bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of such additional professionals.

**FURTHER RESOLVED**, effective immediately upon the filing of the Chapter 11 voluntary bankruptcy case, that (i) the closing and termination of the Accounts are hereby approved, authorized, consented to, and ratified, and (ii) each of:

- Bradford D. Johnson, as President and Chief Executive Officer of the General Partner ("**Johnson**"), and
- Daniel P. Kovacevic, as Chief Financial Officer of the General Partner (together with Johnson, the "**Authorized Signatories**"),

is authorized and empowered to designate any bank or financial institution at which the Company may open accounts (the "**New Accounts**"), including brokerage, check, savings, and money-market accounts, for the Company's funds, in each case as may be appropriate, desirable, or necessary in light of the filing of the Chapter 11 voluntary bankruptcy case.

**FURTHER RESOLVED**, that such banks, financial institutions, and money-market funds are authorized to accept for credit to the Company and/or for collection any and all checks, drafts, notes, and other instruments payable to the Company, or in which the Company may have interest, when endorsed in the name of the Company in writing, by rubber stamp, or otherwise, with or without a designation of the party making such endorsement.

**FURTHER RESOLVED**, that such New Accounts shall be designated in the name of the Company, and that any and all funds standing to the credit of the Company in such New Accounts may be withdrawn upon checks, drafts, notes, and orders or other undertakings for the payment of money when signed in the name of the Company in any capacity by either of the Authorized Signatories.

**FURTHER RESOLVED**, that each of the Authorized Signatories, in his capacity as such, is hereby approved, authorized, and empowered in accordance with the provisions of the next preceding resolution also to assign, collect, discount, endorse, and negotiate, in the name of the Company, in any capacity, all checks, drafts, notes, and all other instruments in which the Company has in interest.

**FURTHER RESOLVED**, that the signatures of the Authorized Signatories shall be duly certified to such banks, financial institutions, or money-market funds, and shall be submitted on the same's own form of signature card, and that such banks, financial institutions, or money-market funds are hereby authorized to honor and pay any drafts and orders so signed, without inquiry as to the circumstances of issue or the disposition of the proceeds thereof, whether drawn for individual accounts of the person above named or other officers or employees of the Company, for cash or otherwise.

**FURTHER RESOLVED**, that if in connection therewith any particular form of resolution shall be required, such resolution shall be deemed hereby adopted, approved, authorized, confirmed, consented to, and ratified, provided a copy thereof shall be inserted in the Minute Book of the Company following these resolutions.

**FURTHER RESOLVED**, that that the Chief Executive Officer, President, any Vice President, and Secretary of the General Partner (each, individually, an "**Authorized Officer**" and, collectively, the "**Authorized Officers**") and any person or persons designated and authorized so to act by any Authorized Officer are hereby each severally authorized to do and perform or cause to be done and performed, in the name and on behalf of the Company, all other acts, to pay or cause to be paid, on behalf of the Company, all related

costs and expenses, to make any filings, and to execute and deliver or cause to be executed and delivered such other agreements (and any amendments thereto), certificates, documents, and other instruments of any kind, in the name of and on behalf of the Company, as he or she may deem necessary, advisable, or appropriate to effect the intent of the foregoing resolutions or to comply with the requirements of the agreements, certificates, documents, and other instruments approved and authorized by the foregoing resolutions.

**FURTHER RESOLVED**, that any acts of any Authorized Officer and of any person or persons designated and authorized to act by any Authorized Officer, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally adopted, approved, authorized, confirmed, consented to, and ratified as the acts of the Company.

**FURTHER RESOLVED**, that the Secretary of the General Partner and the Authorized Officers are hereby authorized and directed to certify to the passage of the foregoing resolutions and to certify as to the authenticity of the signatures of other Authorized Officers.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Whitestone Uptown Tower, LLC** CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 12/1/2023 Signature **/s/ Bradford Johnson**
***Bradford Johnson***
***Authorized Representative***

Date ______________ Signature ______________

Advantage Water Engineering LLC
9113 Sovereign Row
Dallas, TX 75247

Allied Universal Security Services
PO Box 101034
Pasadena, CA 91189

Alpha Glass and Mirror Co, Inc
8901 Sovereign Row
Dallas, TX 75247

Ambertun Construction
5920 Chisholm Trail
McKinney, TX 75070

APS Building Services, Inc
PO Box 40447
Houston, TX 77240

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

BrightView Landscapes Services, Inc
P.O. Box 31001-2463
Pasadena, CA 91110

C T Corporation
PO Box 301133
Dallas, TX 75303

Central Square Technologies
PO Box 840186
Dallas, TX 75284-0186

City of Dallas
1500 Marilla, 2D South
Dallas, TX 75201

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087

Entech Sales & Service
3404 Garden Brook Drive
Dallas, TX 75234

FastSigns Dallas
9742 Skillman
Dallas, TX 75243

Fed Ex
PO Box 660481
Dallas, TX 75266

Fire Power Systems, Inc.
1171 Ruggles Dr.
Grand Prairie, TX 75050

First Choice Coffee Services
1500 Precision
Suite 130
Plano, TX 75074

Integrity Lighting LLC
PO Box 462346
Garland, TX 75046

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JAB High Rise Window Cleaning
PO Box 180144
Arlington, TX 76098

Joe W. Fly Company
PO Box 678106
Dallas, TX 75267

Kastle Systems of Los Angeles PSP
PO BOX 781263
Philadelphia, PA 19178-1263

Kings III of America, Inc.
751 Canyon Drive
Suite 100
Coppell, TX 75019

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Massey Services, Inc
315 Groveland Street
Orlando, FL 32804

Metro Fire Protection, Inc.
11301 Indian Trail
Dallas, TX 75229

Metro Lawn Care, Inc.
PO Box 1263
Hutchins, TX 75141-1263

Mitec Controls, Inc.
2445 Meadowbrook Parkway
Duluth, GA 30096

Nouveau Texas LLC
47-55 37th Street
Long Island City, NY 11101

Pride Service Company
4912 Greenville Ave.
Dallas, TX 75206

Redlee/SCS Inc.
10425 Olympic Drive
Suite A
Dallas, TX 75220

Rialto Capital Advisors, LLC
c/o Michael Anthony Shaw
Jones Walker LLP
11 North Water St., Suite 1200
Mobile, AL 36602

Rialto Capital Advisors, LLC
200 S. Biscayne Blvd.
Suite 3550
Miami, FL 33131

Richards Layton & Finger
c/o Richard P. Rollo
One Rodney Square
920 North King St.
Wilmington, DE 19801

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Dove Day Recycling Co.
PO Box 166602
Irving, TX 75016

The Plant Place, Inc.
10704 Goodnight Lane
Dallas, TX 75220

Touchsource
1370 Miners Dr.
Suite 130
Lafayette, CO 80026

TXU Energy
P.O. Box 650638
Dallas, TX 75265

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

VDA, Inc
120 Eagle Rock Ave
Suite 310
East Hanover, NJ 07936

Waste Connections US, Inc.
PO Box 679859
Dallas, TX 75267